United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Flem Williams<br>Roxanne Williams<br>1803 Wimbledon Dr.<br>Thomasville, GA 31792 | Chapter 13<br><br>Case No. 14-70232-JTL |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $392.00 in unclaimed funds of Flem Williams and Roxanne Williams, debtor(s).

Last Known Address (Most recent listed left to right):

Flem Williams
Roxanne Williams
1803 Wimbledon Dr.
Thomasville, GA 31792

Dated: 11/16/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee